IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01452-REB-KLM

ANDREW COLE,

     Plaintiff,

v.

CHASE HOME FINANCE LLC, and
JPMORGAN CHASE BANK, N.A.,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion to Vacate January 15, 2013 Scheduling Conference and Reschedule Pretrial Deadlines** [Docket No. 32; Filed January 7, 2013] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**. The Scheduling Conference set for January 15, 2013 at 9:30 a.m. is **VACATED** and **RESET** to **April 8, 2013**, at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures on or before **April 3, 2013**. All other provisions of the Order Setting Scheduling/Planning Conference issued June 7, 2012 [#9] remain in effect, as applied to the new Scheduling Conference date.

     Dated: January 7, 2013