IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01452-REB-KLM

ANDREW COLE,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint and Unopposed Motion to Stay Litigation and All Pre-trial Deadlines** [Docket No. 46; Filed March 25, 2013] (the "Motion"). The parties aver that they believe they are reaching a mutually satisfactory settlement in this matter. However, they require "additional time to compile, deliver, and review Plaintiff's loan modification application and complete their settlement discussions." *Motion* [#46] at 3. In light of these assertions,

    IT IS HEREBY **ORDERED** that the Motion [#46] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that this matter is **STAYED** through and including **June 28, 2013**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for April 8, 2013 at 10:00 a.m. is **VACATED**. It shall be reset, if necessary, after the stay is lifted.

    Dated: March 28, 2013