IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01452-REB-KLM

ANDREW COLE,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File Second Amended Complaint and Jury Demand** [#58] (the "Motion"). Defendant has not yet filed an answer or other response to the Amended Complaint, and a Scheduling Conference has not yet been held in this matter.

    IT IS HEREBY **ORDERED** that the Motion [#58] is **GRANTED**. The Clerk of the Court is directed to accept Plaintiff's Second Amended Complaint [#58-1] for filing as of the date of this Minute Order.

    Dated: November 14, 2013