**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01452-REB-KLM

ANDREW COLE,

      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

      Defendant.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on the **Motion of Plaintiff for Leave to File Certificate of Compliance With Order (Doc. 82) Out of Time** [#83][2] filed September 15, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Motion of Plaintiff for Leave to File Certificate of Compliance With Order (Doc. 82) Out of Time** [#83] filed September 15, 2014, is **GRANTED**; and

      2.  That the **Certificate of Compliance With Order (Doc. 82)** [#83-1] is accepted for filing.

      Dated:  September 16, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#83]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.