**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01452-REB-KLM

ANDREW COLE

    Plaintiff

v.

JPMORGAN CHASE BANK, N.A.

    Defendant

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order for Entry of Judgment** [#86] of Judge Robert E. Blackburn entered on April 22, 2015 it is

ORDERED that judgment is entered against the plaintiff in favor of the defendant dismissing without prejudice the claims asserted in the **Second Amended Complaint and Jury Demand** [#61] filed November 14, 2013.

Dated at Denver, Colorado this 22nd day of April, 2015.

                                        FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                      By:  s/   A. Lowe
                              A. Lowe
                              Deputy Clerk